UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL KARJO and BAN KARJO,

    Plaintiffs,

v.                                        Case No. 12-13465

FEDERAL HOME LOAN
MORTGAGE CORP.,

    Defendant.
                                     /

**ORDER SETTING FILING DEADLINE**

On March 22, 2012, counsel for the parties appeared for a scheduling conference. During the conference, Defendant's counsel indicated his intention to soon file a motion for judgment on the pleadings. On this assurance, the court agreed to delay entry of a scheduling order until after the determination of the motion. Accordingly,

IT IS ORDERED that, if Defendant wishes to file a motion under Rule 12, it must do so no later than **September 19, 2012**. If any such motion is filed, it shall be briefed according to the schedule set forth in Local Rule 7.1(e). If the motion is denied in whole or in part, the court will then issue a separate scheduling order setting forth a four-month discovery deadline and other trial dates. If no motion is filed, the court shall enter the scheduling order after **September 19, 2012**.[1]

                                                s/Robert H. Cleland

---

[1] The parties should proceed with initial disclosures under Rule 26(a)(1) regardless of whether a Rule 12 motion is filed.

                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: September 9, 2012


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 9, 2012, by electronic and/or ordinary mail.

                                                s/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522