UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL KARJO & BAN KARJO,

    Plaintiffs,

v.        Case No. 12-13465

FEDERAL HOME LOAN MORTGAGE
CORPORATION,

    Defendant.
                                    /

## JUDGMENT

In accord with the court's "Opinion and Order," dated November 30, 2012,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant, Federal Home Loan Mortgage Corporation, and against Plaintiffs, Michael and Ban Karjo.

Dated at Detroit, Michigan, this 30th day of November, 2012.

                                      DAVID J. WEAVER
                                    CLERK OF THE COURT

                            BY: S/Lisa Wagner
                                Lisa Wagner, Deputy Clerk
                                and Case Manager to
                                Judge Robert H. Cleland